**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: 24TH JUDICIAL DISTRICT (BLAIR     :   No. 20 WM 2020
COUNTY) - REQUEST FOR EMERGENCY     :
JUDICIAL ORDER                                        :

# ORDER

**PER CURIAM**

**AND NOW**, this 1st day of July, 2021, the Application Pursuant to Pa.R.J.A. 1952 filed by the Honorable Elizabeth A. Doyle is GRANTED, insofar as the President Judge of the 24th Judicial District is authorized to suspend any rule that prevents electronic filing of cases in that district, as well as any state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings, through August 31, 2021. Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.